UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANA DEBRA SIQUEIROS,<br><br>             Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>             Defendant. | No. 5:20-cv-02548-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation, IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $2,760.00 under 28 U.S.C. § 2412(d) and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated:   October 18, 2021

                                        _____

JOHN D. EARLY
United States Magistrate Judge